This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DLJ MORTGAGE CAPITAL, INC., and SELENE FINANCE LP,**

Plaintiffs-Appellees

v.                                                              **No. A-1-CA-36649**

**RUBY HANDLER JACOBS a/k/a RUBY JACOBS, MICHAEL JACOBS,**

Defendants-Appellants,

and

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR ENCORE CREDIT CORP.; VISTA DEL NORTE HOMEOWNERS' ASSOCIATION, INC.; CITIBANK SOUTH DAKOTA N.A.; SANTA FE CANYON RANCH, LLC; THE NEW MEXICO LAW GROUP, P.C.; NEW MEXICO MUTUAL CASUALTY COMPANY; HOWARD GITLEN; andWARREN A. EATON; TRUSTEE OF THE WARREN A. EATON, JR. CPA PROFIT SHARING PLAN TRUST,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott, District Judge**

Rose L. Brand & Associates, P.C.

Eraina M. Edwards
Elizabeth Dranttel
Albuquerque, NM

for Appellees

Cravens Law LLC
Richard H. Cravens, IV
Albuquerque, NM

for Appellants

## MEMORANDUM OPINION

**VANZI, Chief Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}    DISMISSED.

{3}    **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Chief Judge**

**WE CONCUR:**


_____
**HENRY M. BOHNHOFF, Judge**



_____

2

**EMIL J. KIEHNE, Judge**